RECEIVED
OCT - 1 2015
AT 8:30_____M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Karin Wolf, et al.<br><br>Plaintiffs,<br><br>-against-<br><br>Gerald C. Escala, et al.<br><br>Defendants. | Case number 14-cv-05985<br><br>**AFFIDAVIT OF PREJUDICE**<br>**28 USC § 144** |

### AFFIDAVIT OF PREJUDICE

Judge Theodore A. McKee, Chief Justice, U.S. District Court -Third Circuit
Judge Jerome B. Simandle, Presiding Judge, U.S. District Court - District of New Jersey
Judge Madeline Cox Arleo, U.S. District Court - District of New Jersey
Judge Joseph A. Dickson, U.S. District Court - District of New Jersey
Paul Fishman, U.S. District Attorney, District of New Jersey
U.S. District Court - District of New Jersey
U.S. District Court -Third Circuit
All judicial officers of the Courts of State of New Jersey
All courts of the State of New Jersey

Comes now one Karin Wolf and upon positive affirmation does verily say:

1. I am the main plaintiff to this action and proceedings. The judicial officers and courts named above, before whom the trial of, or a hearing in, this case is pending, or to whom it has been assigned, is prejudiced against the plaintiffs and all others similarly situated, and the interests of the plaintiffs and their children, so that I declare and believe that we cannot have a fair and impartial trial or hearing before these judicial officers and courts.

2. There is a conflict of interest in this case that any reasonable person would believe that (s)he could not get a fair hearing here.

3. The appearance of impropriety is present here.

4. There appears to be political motive at play here, particularly by the Republican Party.

1

5. There is a conflict of interest in this case that any woman/mother/domestic violence/child/child abuse/child neglect victim who has experienced discrimination in the courts, would believe that they could not get a fair hearing here. Those joining me in a class-action RICO and civil rights suit have expressed such concern to me.

6. Presiding Judge Jerome B. Simandle should not have assigned Judge Madeline Cox Arleo to this case.

7. Judge Madeline Cox Arleo should have recused herself in this proceeding.

8. Judge Madeline Cox Arleo runs the Renew program with U.S. Attorney Paul Fishman.

9. The Renew program is funded by the Fatherhood Initiative a.k.a. Fatherhood.gov, which is highly controversial as it fuels a gross animus against women, mothers, domestic violence victims, children, and child abuse/neglect victims.

10. The U.S. District of New Jersey is interfering and obstructing this case.

11. The U.S. District Court of New Jersey and U.S. District Attorney Paul Fishman are engaging in selective prosecution here.

12. U.S. District Attorney Paul Fishman has received approximately 30 criminal complaints and Letters of Presentment from parents, including Karin Wolf, alleging RICO and civil rights violations in the family courts of the State of New Jersey; and has failed to act.

13. The Bergen County Prosecutor, Monmouth County Prosecutor, Hunterdon County Prosecutor, and the Attorney General of the State of New Jersey have engaged in likewise selective prosecution.

14. The Monmouth County Prosecutor has admitted to this in a letter to Rachel Alintoff.

15. In addition, Ms. Alintoff has an audio recording of the Monmouth County Prosecutor's office stating there is a conflict of interest and that they do not prosecute judges.

16. By law and charter, if there is a conflict of interest, the agency is required to step aside and forward the criminal complaints to another jurisdiction to handle the matter. That has not happened.

17. The U.S. District Court, District of New Jersey has shown prejudice and <u>sex-based</u> discrimination, inter alia, against the Plaintiffs in this case 14-cv-5985; and case 15-cv-1072 and 15-cv-1073, as well as others, because it has allowed a strikingly similar civil rights lawsuit, case 14-cv-760 in the U.S. District of New Jersey, by a father's rights (a.k.a. men's rights backed by FACE) group to proceed while it has blocked the women in the above-referenced cases from proceeding, ignored several motions and denied requests for judicial notice, gathering of a jury, and a hearing, which it is required to do by law.

18. The Office of the Attorney General of the State of New Jersey (OAGNJ) is representing many defendants in the above-cited cases when it has no authority by law or charter to do so - it is representing judges when they are not State agencies and representing defendants in their personal capacities.

19. It appears the OAGNJ believes it can get away with this because the Plaintiffs in the above-cited cases are unrepresented by counsel and won't find out.

20. The judicial officers and courts named herein are prejudiced against unrepresented litigants and have a habit of denying them due process.

21. This is a violation and threat to public safety.

22. This pervasive bias and Bill of Attainder calls for "Civil Gideon" pursuant to <u>Gideon v. Wainwright</u>, 372 U.S. 335 (1963).

23. The assignment of Madeline Cox Arleo to this case is contrary to the public interest and the Violence Against Women Act (VAWA).

24. Judge Arleo does not take domestic violence seriously, as evident by the quotation marks when referring to the term and referring to me as a "victim" in her May 20, 2015 Opinion. It is a generally accepted principle that quotation marks denote sarcasm.

25. The U.S. District Court- District of New Jersey is not enforcing landmark decisions by the U.S. Supreme Court here and the anti-injunction statute to protect those decisions.

26. Judge Madeline Cox Arleo and Judge Joseph A. Dickson failed to take Judicial Notice, gather a jury, allow discovery, and allow this case to be heard, which undermines the legislative intent of The RICO Act and "the broad federal mandate for discovery in all civil actions." Frankenhauser v. Rizzo, 59 F.R.D. 339, 343 (E.D. PA. 1973).

27. It is my belief that Judge Dickson issued the Order quashing my Civil Investigative Demand, to protect and conceal crimes that have and continue to occur within this district, and that would implicate a good deal of elected and judicial officials, especially those engaged in human trafficking, child prostitution and child pornography, some of whom have been exposed in recent events involving the website Ashley Madison.

28. I call into question whether or not Judge Madeline Cox Arleo actually determined this case or her clerk wrote the orders. This is a concern of others as well, who have alerted me that this practice does indeed happen frequently.

29. This court is prohibiting me from moving forward as a private attorney general, which is an affront to the natural persons of the United States of America, who are Law.

30. The notion of a private attorney general was first recognized by Judge Jerome Frank in Associated Industries of New York State v. Ickes, 134 F.2d 694 (2d Cir. 1943),

4

Wherein he wrote, "[i]nstead of designating the Attorney General, or some other public officer, to bring [an action], Congress can constitutionally enact a statute conferring on any non-official persons, or on a designated group of non-official persons, authority to bring a suit ...even if the sole purpose is to vindicate the public interest. Such persons, so authorized, are, so to speak, private Attorney Generals."

31. Judge Jerome Simandle hacked Pete DiPietro's RICO suit under the False Claims Act.

32. Over the past year, the District of New Jersey, contrary to Law and facts, has dismissed many Federal RICO and civil rights lawsuits, alleging family court corruption in New Jersey.

33. This is a de facto policy of quashing American citizens exercising of their rights to act as private attorneys general, contrary to 42 U.S. Code § 1988 - Proceedings in vindication of civil rights, inter alia.

34. Wood v. Breier, 54 F.R.D. 7, (1972) states:

"…it is the manner of enforcement which gives 42 U.S.C. 1983 its unique importance, for the enforcement is placed in the hands of the people." Each citizen, "acts as a private attorney general who takes on the mantle of the sovereign, guarding for all of us the individual liberties enunciated in the constitution." Section 1983 represents a balancing feature in our governmental structure whereby individual citizens are encouraged to police those who are charged with policing us all. Thus, it is of special import that suits brought under this statute be resolved by a determination of truth."

35. Paul Fishman has ignored the criminal complaints presented to him by aggrieved parents across the State of New Jersey, calling for the gathering of a Grand Jury and oversight.

36. In contrast, a Federal task force in Connecticut, announced in early February 2015, is dealing with family court corruption.

37. Paul Fishman's inaction gives the appearance that the organized crime in New Jersey has permeated the Federal Court in New Jersey.

38. I draw attention to the Notice of Thomas Gage, filed on August 12, 2015 in the U.S. District Court of Delaware, case #1:15-cv-00695-LPS, wherein he states,

   > "NOTICE: Plaintiff, do not Consent to have this case assigned to any District Court in New Jersey, due to the high level of corrupt political influences, within the Defendant Governor Chris Christie's Administration, who will step in and have this whole (sic) case thrown out, as they have so far done it. This is the reason, why Plaintiff chose to file this case in the District of Delaware, so to be able to exercise his Civil Rights, which are protected and guaranteed by the Constitution (sic) of the United States of America. Amendment V, makes a constitutional jurisdiction and duty of this court to protect Plaintiff from being deprived of life, liberty and property, without due process of law."

39. Here Mr. Gage is referring to the same RICO complaints I have mentioned herein as filed and mishandled by the U.S. District Court - District of New Jersey, Judge Simandle, and U.S. Attorney Paul Fishman.

40. Gov. Christie is the former U.S. Attorney for the District of New Jersey and it appears his corrupt political influence is present here, along with a partisan GOP agenda.

41. U.S. Attorney Paul Fishman has failed, or rather refused, to indict Governor Chris Christie for any of the crimes he has committed and continues to commit while in office:

    - Bridgegate;
    - Family Court Corruption a.k.a. NJ Kids for Cash;
    - NJ Pension Fund of teachers and police officers;
    - Dismissal of indictments in 2010 against supporters of Gov. Chris Christie (involving Hunterdon County Sheriff Deborah Trout and former NJ Attorney

General Paula Dow) and the political ousting of whistleblower and former Hunterdon County Assistant Prosecutor Bennett Barlyn;

- Withholding of relief in the Sandy REM Program;
- Real estate deals spun by former NJ Attorney General David Samson

- All are linked to gross misappropriation of federal funding and the tax dollars of the constituents of the State of New Jersey, mass cover-ups and media freeze-out.

42. All claims and causes of action are hereby preserved as of the filing date of this case on September 24, 2014. I do not waive any rights or privileges.

## CERTIFICATION

I, the said Karin Wolf, of full age and legally competent, affirm under penalty of perjury, that the foregoing attestations by me are true and correct and so done in good faith to the best of my knowledge. I am aware that if any of the foregoing statement made by me are willfully false, I am subject to punishment. I hereunto set my hand and seal to this instrument this _____ day of _____, 2015

With explicit reservation of my rights, without prejudice UCC 1-308, without recourse 1-103

_____

Karin Wolf

## CERTIFICATE OF ACKNOWLEDGEMENT

On this date the living woman (Affiant) Karin Wolf, in her stated capacity, personally appeared before me and executed the foregoing instrument and acknowledged that this instrument attached hereto was executed as a free and voluntary act and deed for the uses and purpose stated therein.

State of _____, County of _____ SS.

Signed and sworn to before me this _____ day of _____, 20____.

_____, Notary Public

36. In contrast, a Federal task force in Connecticut, announced in early February 2015, is dealing with family court corruption.

37. Paul Fishman's inaction gives the appearance that the organized crime in New Jersey has permeated the Federal Court in New Jersey.

38. I draw attention to the Notice of Thomas Gage, filed on August 12, 2015 in the U.S. District Court of Delaware, case #1:15-cv-00695-LPS, wherein he states,

> "NOTICE: Plaintiff, do not Consent to have this case assigned to any District Court in New Jersey, due to the high level of corrupt political influences, within the Defendant Governor Chris Christie's Administration, who will step in and have this whole (sic) case thrown out, as they have so far done it. This is the reason, why Plaintiff chose to file this case in the District of Delaware, so to be able to exercise his Civil Rights, which are protected and guaranteed by the Constitution (sic) of the United States of America. Amendment V, makes a constitutional jurisdiction and duty of this court to protect Plaintiff from being deprived of life, liberty and property, without due process of law."

39. Here Mr. Gage is referring to the same RICO complaints I have mentioned herein as filed and mishandled by the U.S. District Court - District of New Jersey, Judge Simandle, and U.S. Attorney Paul Fishman.

40. Gov. Christie is the former U.S. Attorney for the District of New Jersey and it appears his corrupt political influence is present here, along with a partisan GOP agenda.

41. U.S. Attorney Paul Fishman has failed, or rather refused, to indict Governor Chris Christie for any of the crimes he has committed and continues to commit while in office:

- Bridgegate;
- Family Court Corruption a.k.a. NJ Kids for Cash;
- NJ Pension Fund of teachers and police officers;
- Dismissal of indictments in 2010 against supporters of Gov. Chris Christie (involving Hunterdon County Sheriff Deborah Trout and former NJ Attorney

General Paula Dow) and the political ousting of whistleblower and former Hunterdon County Assistant Prosecutor Bennett Barlyn;

- Withholding of relief in the Sandy REM Program;

- Real estate deals spun by former NJ Attorney General David Samson

- All are linked to gross misappropriation of federal funding and the tax dollars of the constituents of the State of New Jersey, mass cover-ups and media freeze-out.

42. All claims and causes of action are hereby preserved as of the filing date of this case on September 24, 2014. I do not waive any rights or privileges.

### CERTIFICATION

I, the said Karin Wolf, of full age and legally competent, affirm under penalty of perjury, that the foregoing attestations by me are true and correct and so done in good faith to the best of my knowledge. I am aware that if any of the foregoing statement made by me are willfully false, I am subject to punishment. I hereunto set my hand and seal to this instrument this __1__ day of __October__, 2015

With explicit reservation of my rights, without prejudice UCC 1-308, without recourse 1-103

_Karin Wolf_
Karin Wolf

### CERTIFICATE OF ACKNOWLEDGEMENT

On this date the living woman (Affiant) Karin Wolf, in her stated capacity, personally appeared before me and executed the foregoing instrument and acknowledged that this instrument attached hereto was executed as a free and voluntary act and deed for the uses and purpose stated therein.

State of __New Jersey__, County of __Essex__ SS.

Signed and sworn to before me this __1__ day of __October__, 20__15__.

_Nicole Michele Peaks_ Notary Public

7