UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2015 OCT -5 P 3: 24

Karin Wolf, et al.

   Plaintiffs,

-against-

Gerald C. Escala, et al.

   Defendants.

Case number 14-cv-05985

**NOTICE OF DISCONTINUANCE**

I, Karin Wolf, hereby affirm that the above-entitled action, be and the same is, hereby discontinued as against Gerald C. Escala, et al., without prejudice and without costs to any party and this notice may be filed with the Clerk of the Court without further notice.

1. The averments of my AFFIDAVIT OF PREJUDICE filed with this Court on _October 1, 2015_ are alleged as if fully set forth herein.

2. My children and I are not safe in the State of New Jersey.

3. I refuse to move forward with this case in this hostile environment.

4. All claims and causes of action are hereby preserved as of the filing date of this case on September 24, 2014. I do not waive any rights or privileges.

1

## CERTIFICATION

I, the said Karin Wolf, of full age and legally competent, affirm under penalty of perjury, that the foregoing attestations by me are true and correct and so done in good faith to the best of my knowledge. I am aware that if any of the foregoing statement made by me are willfully false, I am subject to punishment. I hereunto set my hand and seal to this instrument this 2 day of October, 2015

With explicit reservation of my rights, without prejudice UCC 1-308, without recourse 1-103

_____
Karin Wolf

## CERTIFICATE OF ACKNOWLEDGEMENT

On this date the living woman (Affiant) Karin Wolf, in her stated capacity, personally appeared before me and executed the foregoing instrument and acknowledged that this instrument attached hereto was executed as a free and voluntary act and deed for the uses and purpose stated therein.

State of New Jersey, County of Essex SS.

Signed and sworn to before me this 2 day of October, 20 15.

_____ Notary Public

NICOLE MICHELE PEAKS
Commission # 2363681
Notary Public, State of New Jersey
My Commission Expires
August 22, 2017

2