UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARIN WOLF, et al., | |
| *Plaintiffs,* | Civil Action No. 14-5985 |
| v. | ORDER |
| GERALD C. ESCALA, et al., | |
| *Defendants.* | |

This matter comes before the Court by way of Plaintiff Karin Wolf's ("Plaintiff") Notice of Discontinuance [Dkt. No. 116];

and the Court construing Plaintiff's submission as a Motion for Voluntary Dismissal, pursuant to Fed. R. Civ. P. 41(a);

**IT IS** on this 7th day of October, 2015,

**ORDERED** that Plaintiff's motion to voluntarily dismiss this action is hereby **GRANTED** and this matter is hereby **CLOSED**.

Hon. Madeline Cox Arleo
UNITED STATES DISTRICT JUDGE