UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

(Title of Action)

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

Karin Wolf, et al.          :

               Plaintiff,     :

2016 MAY 19 P 6:59

Civil Action No. 2:14 - cv - 05985

              v.          :

Gerald C. Escala

             Defendant.    :

NOTICE OF MOTION

                        :

PLEASE TAKE NOTICE _____ Karin Wolf _____
(Name of Moving Party)

will move before the Honorable Madeline Cox Arleo ____, U.S.D.J. on

_____ June 13, 2016 _____
(Motion days are the 1st and 3rd Monday of each month)

for an Order Disqualifying Judge, Vacating all orders in this case, and
(describe type of relief being sought)
                                       reinstating case.

In support of my motion, I will rely on the attached brief (if necessary).

Karin Wolf
Name
ACP 2312

P.O. Box

Albany, NY 12201 - 1110
Address

T. 201 - 450 - 2192

email: karinelenawolf@gmail.com

Date: May 19, 2016

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2016 MAY 19 P 6: 59

Karin Wolf, et al.

    Plaintiffs,

    v.

GERALD C. ESCALA, et al.

    Defendants.

Case number: 2:14-cv-05985

**JURY DEMAND**

Motion For Reinstatement and Relief
From Orders Pursuant to FRCP Rule 60;
and Disqualification

Plaintiff Karin Wolf, requests strict scrutiny and states as follows:

1. Judge Madeline Cox Arleo should recuse herself for reasons stated in the Affidavit of

    Prejudice.

2. Extrinsic fraud is present in this case.

3. I was denied access to the court.

4. Violations of the Americans With Disabilities Act have occurred here.

5. I reserve the right to file an amended brief and expand the proceedings.

6. This case should be merged with case # 2:16-cv-00226 and for the reasons stated in

    that petition, this case should be reinstated and all orders vacated.

**WHEREFORE,** Plaintiff prays for following relief:

    a. That the Honorable Madeline Cox Arleo recuse herself;

    b. The Honorable Court, upon filing of this Motion, vacate all Orders in this case;

    c. The Honorable Court, upon filing of this Motion, reinstate this case;

    d. Any other relief the Court deems appropriate and just.

## CERTIFICATION

I, Karin Wolf, certify that the above is true and done so in good faith to the best of my

knowledge. I am aware that if any of the foregoing statements made by me are willfully

false, I am subject to punishment.

May 19, 2016

Karin Wolf, Plaintiff

Mailing address:
ACP
P.O. Box 1110
Albany, NY 12201-1110
Tel. 201-450-2192
Email: karinelenawolf@gmail.com

CLERK
U.S. DISTRICT COURT
DISTRICT NEW JERSEY

2016 MAY 20  A 10: 47

c/o Clerk's office
William T. Walsh

Wolf